UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHGIAN

LADANTE CARLOS MCNEARY,

        Plaintiff,                        Case No. 1:20-cv-00001-JTN-SJB
v.                                           Hon. Janet T. Neff
                                                 Magistrate Judge Sally J. Berens

PORTAGE PUBLIC SAFETY DEPARTMENT,
OFFICER N. MATTSON, OFFICER E. VESEY,

        Defendants.

_____/

| LaDante Carlos McNeary (No. 419808) | Thomas D. Beindit (P81122) |
|---|---|
| In Pro Per | Rosati, Schultz, Joppich & |
| 1500 Lamont Ave. | Amtsbuechler, P.C. |
| Kalamazoo, MI 49048 | 822 Centennial Way, Ste 270 |
|  | Lansing, MI 48917 |
| LaDante Carlos McNeary | (517) 886-3800 |
| 1010 Willis Ave. | tbeindit@rsjalaw.com |
| Kalamazoo MI 49048 |  |

_____/

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND/OR TO COMPEL DISCOVERY AND EXTEND DATES**

**NOW COME** the Defendants, Officer N. Mattson and Officer E. Vesey, by and through their attorneys, **ROSATI, SHULTZ, JOPPICH & AMTSBUECHLER, P.C.,** by **Thomas D. Beindit,** and move this Court for summary judgment in their favor regarding Plaintiff's claims against them, or in the alternative an Order compelling discovery and a corresponding extension of Scheduling Order dates in this matter. Concurrence in the relief requested in this motion was requested under Local Rule 7.1, and concurrence was not forthcoming.

        Respectfully submitted,

        ROSATI, SCHULTZ, JOPPICH,
        & AMTSBUECHLER P.C.

        /s/ Thomas D. Beindit
        Thomas D. Beindit (P81133)
        Attorney for Defendants
        822 Centennial Way, Ste 270
        Lansing, MI 48917
        (517) 886-3800
        tbeindit@jrsjlaw.com

Dated:  December 18, 2020